**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1454**

MICHELLE WALKER,

                    Plaintiff – Appellant,

          v.

REBECCA T. FOUCHE,

                    Defendant – Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Joseph F. Anderson, Jr., District Judge.   (3:10-cv-00179-JFA)

Submitted: July 27, 2010          Decided:   August 4, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michelle Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Walker appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil action under 28 U.S.C. § 1915(e)(2)(B) (2006) for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Walker v. Fouche, No. 3:10-cv-00179-JFA (D.S.C. Apr. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2